JS-6

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*E-Hose Technologies LLC and*
*PhD Marketing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-HOSE TECHNOLOGIES LLC, a California Limited Liability Company; and PhD MARKETING, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> UNLIMITED WIRELESS, an unknown business entity; and DOES 1-10, inclusive, <br><br> Defendant | CASE NO. CV 14-8595-GW(JEMx) <br><br> **ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT UNLIMITED WIRELESS WITH PREJUDICE** |

**WHEREAS** Plaintiffs **E-Hose Technologies LLC** and **PhD Marketing, Inc.** (collectively "Plaintiffs" or "E-Hose") having filed a Complaint in this action charging **Defendant Tigran Galstyan dba Unlimited Wireless & Vape**, erroneously sued as "**Unlimited Wireless**, ("Defendant") with Trademark Infringement, False Designations of Origin, Unfair Competition, and related state law claims arising from Defendant's unauthorized manufacture, production, distribution, advertisement, offering for sale, and/or sale of apparel bearing unauthorized reproductions of the E-Hose Marks, and the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and the parties hereto desiring to fully settle all of the

claims in this action among the parties to this Final Judgment; Defendant has agreed to consent to the below judgment:

**WHEREAS**, This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

**WHEREAS**, Plaintiffs are the owners of the trademark "E-HOSE" and various composite trademarks comprising said mark and assorted design components. E-Hose Marks include but are not limited to the following marks:

| Trademark | U.S. Reg./Serial No. | Class(es)/Goods |
|---|---|---|
| **E-HOSE** | 4,463,945 | Chemical flavorings in liquid form contained within a cartridge used to refill electronic cigarettes |
| **E-HOSE** | 4,456,664 | Cigarette tubes; Electric cigarettes; Electronic cigarette refill cartridges sold empty; Electronic cigars; Electronic hookahs; Hookah parts, namely, tube and hose; Hookah tobacco; Hookahs; Smokeless cigarette vaporizer pipe; Smoker's articles, namely, hookah charcoal. |
| SQUARE | 4,005,820 | Electric cigarettes ; Electric cigars ; Electric smoking pipes. |

**WHEREAS**, Plaintiffs have alleged that Defendant's manufacture, production, distribution, advertisement, offering for sale, and/or sale of products bearing counterfeit reproductions of the E-Hose Marks ("Counterfeit Products") constitutes trademark infringement and unfair competition under the Lanham Trademark Act and under the common law.

**WHEREAS**, pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that Judgment shall be entered in favor of Plaintiffs in the amount of **$100,000.00**

against Defendant with respect to Plaintiffs' claims as set forth in the Complaint filed in the present action.

**WHEREAS**, Defendant has agreed to consent to the below terms of a permanent injunction, **IT IS FURTHER ORDERED** that:

1. Defendant and its agents, servants, employees and all entities and/or persons in active concert and participation with it who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon the E-Hose Marks either directly or contributorily in any manner, including:

    (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing products bearing the E-Hose Marks, and/or marks identical and/or confusingly similar thereto;

    (b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner products bearing the E-Hose Marks, and/or marks identical and/or confusingly similar thereto;

    (c) Using the E-Hose Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of E-Hose, or in any manner likely to cause others to believe that Defendant's products are connected with E-Hose or Plaintiffs' genuine merchandise;

    (d) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to 5(c) above.

2. The parties shall bear their own costs and attorneys' fees associated with this action

3. The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto.

1          4.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant Unlimited Wireless.

**IT IS SO ORDERED.**

DATED: April 16, 2015

_____
Hon. George H. Wu
**United States District Judge**